IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ERIC LEE ERICKSON,

    Petitioner,

v.                                                         4:18cv512-WS/CJK

STATE PROSECUTOR, et al.,

    Respondents.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed December 4, 2017. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus be dismissed based on the petitioner's failure to satisfy statutory pleading requirements for seeking habeas relief. The petitioner has responded (ECF Nos. 9 & 10) to the report and recommendation but has failed to articulate any valid reason why the report and recommendation should be rejected. Indeed, the undersigned has reviewed the record and agrees with the magistrate judge's dismissal recommendation.

The court having reviewed the magistrate judge's report and recommendation in light of the petitioner's objections, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's amended petition (ECF No. 7) for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice.

3. The clerk shall enter judgment stating: "Petitioner's amended petition for writ of habeas corpus is dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this  10th  day of    January   , 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE